UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WING SHING PRODUCTS (BVI) LTD., | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION: 01 CIV. 1044(RJH) |
| | | (Hon. Richard J. Holwell) |
| SIMATELEX MANUFACTURING COMPANY, LTD., | * | |
| | * | |
| Defendant. | * | |

## SIMATELEX MANUFACTORY COMPANY'S REQUESTS FOR ADMISSIONS TO WING SHING PRODUCTS (BVI) LTD.

Simatelex Manufactory Company, Ltd. (Simatelex) propounds the following requests for admissions to Wing Shing Products (BVI), Ltd. (Wing Shing):

1. Neither Mr. Sham, nor anyone from Wing Shing, has ever discussed the existence of the purported Sham Patent (the "Patent"), or any matters relating to that Patent, to include the matters litigated in the case of *In re AI Realty Marketing of New York, Inc.*, with anyone at Simatelex.

ADMITTED: _____

DENIED: _____

2. Before this litigation was filed, Mr. Sham believed that Simatelex was manufacturing the Mr. Coffee coffeemaker in violation of the Patent.

ADMITTED: _____

DENIED: _____

3. Before this litigation was filed, Wing Shing believed that Simatelex was manufacturing the Mr. Coffee coffeemaker in violation of the Patent.

ADMITTED: _____

DENIED: _____

4. Before this litigation was filed, neither Mr. Sham, nor anyone at Wing Shing, ever notified in any way anyone at Simatelex of the existence of the Sham Patent.

ADMITTED: _____

DENIED: _____

5. Before this litigation was filed, neither Mr. Sham nor Wing Shing gave any type of notice to Simatelex of Wing Shing's contentions that Simatelex was infringing the Patent.

ADMITTED: _____

DENIED: _____

6. Before this litigation was filed, neither Mr. Sham nor Wing Shing gave any type of notice to Simatelex of Wing Shing's contentions that Sunbeam was infringing the Patent.

ADMITTED: _____

DENIED: _____

_[signature]_

ORRIN K. AMES, III (AMESO3454) (Pro Hac Vice)
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, AL 36601
Tel: (251) 432-5511
DID: (251) 694-6204
Cell: (251) 454-0003
Fax: (251) 694-6375
E-mail: sames@handarendall.com

_/s/ [signature]_

W. BRADLEY SMITH (WS3773)
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, AL 36601
Tel: (251) 432-5511
DID: (251) 694-6246
Fax: (251) 694-6375
E-mail: bsmith@handarendall.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 23rd day of Aug., 2004, served copies of these Requests for Admissions on the counsel whose names are listed below by facsimile and by placing copies in the United States mail, properly addressed and postage prepaid.

_[signature]_

ORRIN K. AMES, III

COUNSEL OF RECORD:

William Dunnegan, Esq.
Ronald L. Zaslow, Esq.
Perkins & Dunnegan
720 5th Avenue
New York, NY 10019

240091_1

- 3 -