UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

WING SHING PRODUCTS (BVI) LTD.,

        Plaintiff,                         01 cv 01044 (RJH)

      - against -

SIMATELEX MANUFACTORY CO., LTD.,       **ORDER**

        Defendant.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08

As of today, the above-captioned case is hereby designated an ECF case.

SO ORDERED.

Dated: New York, New York
      January 31, 2008

                                            Richard J. Holwell
                                        United States District Judge