```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                  DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                 DATE FILED: 5/29/08
```

------------------------------------- x

WING SHING PRODUCTS (BVI), LTD.,                :       01 Civ. 1044 (RJH)

                       Plaintiff,    :

           -against-                         :       **ORDER**

SIMATELEX MANUFACTORY CO., LTD.,                :

                     Defendant.    :

------------------------------------- x

By Order dated October 9, 2007, trial in this action was adjourned sine die. Accordingly, Plaintiff's motion in limine [107] is dismissed without prejudice. Plaintiff may renew its motion after a new trial date has been set.

SO ORDERED:

Dated: New York, New York
       May 27, 2008

                                                _____
                                                Richard J. Holwell
                                                United States District Judge